# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. ED CV **10-1265-GAF (PLA)**                           Date **December 13, 2010**

Title:   Scott Njos v. Norwood, et al.

---

PRESENT:  THE HONORABLE   **PAUL L. ABRAMS**                         ☐ U.S. DISTRICT JUDGE

                                                                    ☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
              NONE                                             NONE

**PROCEEDINGS:**        ( IN CHAMBERS)

Pursuant to this Court's Order of September 2, 2010, plaintiff was ordered to file a Notice of Submission **no later than October 1, 2010**, indicating that all required documents have been submitted to the United States Marshal for service of the Complaint.  In light of plaintiff's Notice of Change of Address, filed on October 25, 2010, the Court, on October 29, 2010, extended the Notice of Submission deadline to no later than November 29, 2010.  To date, no Notice of Submission has been filed with the Court.  Accordingly, **no later than January 3, 2011, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute.  Filing of the Notice of Submission on or before January 3, 2011, shall be deemed compliance with this Order to Show Cause.

cc:     Scott Njos, Pro Se

                                                                    Initials of Deputy Clerk     ch

CV-90 (10/98)                          CIVIL  MINUTES  -  GENERAL