# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. ED CV **10-1265-GAF (PLA)**                                   Date **March 31, 2011**

Title:  **Scott Njos v. Norwood, et al.**

---

☐ **U.S. DISTRICT JUDGE**

**PRESENT: THE HONORABLE   PAUL L. ABRAMS**

☒ **MAGISTRATE JUDGE**

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                    **ATTORNEYS PRESENT FOR DEFENDANTS:**
            NONE                                                                                    NONE

**PROCEEDINGS:**       ( IN CHAMBERS)

On February 18, 2011, this Court issued an Order giving plaintiff until March 10, 2011, to file a First Amended Complaint. The Order expressly admonished plaintiff that, if he failed to timely file a First Amended Complaint, or in the alternative, submit the previously-ordered documents for service by the U.S. Marshal's office of the original Complaint, the Court would recommend that the action be dismissed for failure to prosecute and follow court orders. To date, plaintiff has not filed a First Amended Complaint or submitted the ordered documents to the U.S. Marshal for service.

Accordingly, **no later than April 21, 2011, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow court orders. Filing of the First Amended Complaint, or submission of the ordered documents to the U.S. Marshal on or before April 21, 2011, shall be deemed compliance with this Order to Show Cause. Plaintiff's failure to comply with this Order shall result in the Court recommending that this action be dismissed.

cc:    Scott Njos, Pro se

Initials of Deputy Clerk     ch

CV-90 (10/98)                                              CIVIL  MINUTES  -  GENERAL