# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SCOTT NJOS, | No. ED CV 10-1265-GAF (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NORWOOD, et al., | |
| Defendants. | |

Pursuant to the order adopting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 30, 2012

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE